UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW TIGER et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>POSIQ, INC.,<br><br>    Defendant. | Case No. 20-cv-80064-NC<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE PLAINTIFF'S MOTION**<br><br>Re: Dkt. No. 1 |

Pending before the Court is plaintiffs Matthew Tiger and Casey Fitzgerald's motion to compel deposition and compliance with subpoena. *See* Dkt. No. 1. Plaintiffs served their motion on defendant Posiq, Inc. on March 17, 2020. *See id.* at 6. Posiq's opposition, therefore, was due April 2, 2020, but no opposition or appearance has been filed.

Accordingly, the Court ORDERS Posiq to show cause why Plaintiffs' unopposed motion should not be granted by **April 14, 2020**, or the Court will grant Plaintiffs' motion. The Court ORDERS Plaintiffs to serve Posiq with this order and file a certificate of service.

**IT IS SO ORDERED.**

Dated: April 7, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge